ROBERT G. DREHER,
Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
RICKEY D. TURNER, CO Bar No. 38353
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
Rickey.Turner@usdoj.gov

BARCLAY T. SAMFORD, NM Bar No. 12323
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1475
Clay.Samford@usdoj.gov

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSERVATION CONGRESS and the CITIZENS FOR BETTER FORESTRY, | CASE NO. 2:13-cv-934-LKK-DAD |
| Plaintiffs, | **STIPULATION TO STAY CASE AND PROPOSED ORDER** |
| v. | |
| UNITED STATES FOREST SERVICE, and the UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

This stipulation to stay the litigation is entered into by Plaintiffs Conservation Congress and the Citizens For Better Forestry and Federal Defendants the United States Forest Service ("USFS") and the United States Fish and Wildlife Service ("FWS").  By and through counsel, the parties state as follows:

WHEREAS on May 12, 2013, Plaintiff filed the complaint initiating this litigation, alleging violations of the Endangered Species Act ("ESA"), the National Environmental Policy Act ("NEPA"), and the National Forest Management Act ("NFMA") in connection with the Pettijohn Late Successional Reserve Habitat Improvement and Fuels Reduction Project ("Pettijohn Project") located in the Shasta-Trinity National Forest;

WHEREAS on June 27 2013, the USFS requested additional consultation with the FWS on the Pettijohn Project pursuant to Section 7 of the ESA;

WHEREAS USFS will not proceed with the Pettijohn Project or undertake any ground-disturbing activates related to the project until the reinitiated Section 7 Consultation is complete.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. Upon entry of the Court's Order approving this Stipulation, the instant litigation will be stayed to allow for the USFS and FWS to complete the reinitiated ESA Section 7 consultation process and any attendant administrative processes otherwise required by law.

2. Within 7 business days of its issuance, Federal Defendants will provide counsel for Plaintiff with an electronic copy of the new Biological Opinion.

3. The parties shall confer and within 30 days of the transmittal referenced in Paragraph 2 the parties shall file a joint status report with this Court advising it of the parties' proposals for whether, and how, the litigation should proceed.

Dated: July 5, 2013                                         Respectfully Submitted,

STIPULATION TO STAY CASE & PROPOSED ORDER – CASE 2:13-CV-934-LKK-DAD – PAGE 1

/s/ Marianne Dugan (as authorized on 07/02/2013)
MARIANNE DUGAN
259 E. 5th Ave., Suite 200-D
Eugene, OR 97401
(541) 338-7072
(866) 650-5213 (fax)
mdugan@mdugan.com

/s/ James J. Tutchton (as authorized on 07/05/2013)
JAMES J. TUTCHTON (CA Bar No. 150908)
Tutchton Law Office, LLC
6439 E. Maplewood Ave.
Centennial, CO 80111
Phone: (720) 301-3843
Email: jtutchtontlo@gmail.com

Attorneys for Plaintiffs

ROBERT G. DREHER,
Acting Assistant Attorney General

/s/ Barclay T. Samford.
BARCLAY T. SAMFORD, NM Bar No. 12323
Senior Trial Attorney
RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373 (Mr. Turner)
Telephone: (303) 844-1475 (Mr. Samford)

Attorneys for Federal Defendants

**IT IS SO ORDERED**:

DATE: July 8, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT