LAWRENCE VANDYKE,
Deputy Assistant Attorney General
Environment & Natural Resources Division

RICKEY D. TURNER, CO Bar No. 38353
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
Rickey.Turner@usdoj.gov

SHAUN M. PETTIGREW, CA Bar No. 254564
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044 7611
(202) 305-3895
shaun.pettigrew@usdoj.gov

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSERVATION CONGRESS and the CITIZENS FOR BETTER FORESTRY, <br><br>Plaintiffs. <br><br>v. <br><br>UNITED STATES FOREST SERVICE, and the UNITED STATES FISH AND WILDLIFE SERVICE, <br><br>Defendants. | CASE NO. 2:13-cv-934-JAM-DB <br><br>**STIPULATION TO LIFT STAY AND ORDER** |

This stipulation to lift the stay of this litigation is entered into by Plaintiffs Conservation Congress and the Citizens For Better Forestry and Federal Defendants the United States Forest Service ("USFS") and the United States Fish and Wildlife Service ("FWS"). By and through counsel, the parties state as follows:

WHEREAS on May 12, 2013, Plaintiffs filed the complaint initiating this litigation, alleging violations of the Endangered Species Act ("ESA"), the National Environmental Policy Act, and the National Forest Management Act in connection with the Pettijohn Late Successional Reserve Habitat Improvement and Fuels Reduction Project ("Pettijohn Project") located in the Shasta-Trinity National Forest;

WHEREAS on June 27, 2013, the USFS requested additional consultation with the FWS on the Pettijohn Project pursuant to Section 7 of the ESA;

WHEREAS on July 8, 2013, the Court stayed this case on stipulation of the parties to allow for the USFS and FWS to complete the reinitiated section 7 consultation process and any attendant administrative process otherwise required by law;

WHEREAS on April 13, 2018, FWS issued a new superseding Biological Opinion and concluded the reinitated consultation;

WHEREAS the parties submitted several joint status reports since that time, the most recent of which proposed deadlines for certain preliminary matters, including moving to lift the stay.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. Upon entry of the Court's Order approving this Stipulation, the stay will be lifted.
2. Plaintiffs shall file an amended complaint within **84 days** of the Court's Order lifting the stay.

3. Federal Defendants shall respond to the amended complaint within **42 days** of Plaintiffs filing of the amended complaint.

4. Federal Defendants shall lodge the administrative records within **28 days** of responding to the amended complaint.

5. The parties shall file a joint proposed briefing schedule to address any motions related to the administrative record and cross motions for summary judgment within **21 days** of the lodging of the administrative record.

Dated: July 3, 2019    Respectfully Submitted,

/s/ *Sean T. Malone*
Sean T. Malone, OR Bar # 084060
Attorney at Law
259 E. 5th Ave, Ste 200-C
Eugene OR 97401
(303) 859-0403
seanmalone8@hotmail.com
*Attorney for Plaintiffs*

LAWRENCE VANDYKE,
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044 7611
(202) 305-3895

RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division

Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373

*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

DATE: 7/8/2019

      /s/ John A. Mendez_____
      Honorable John A. Mendez
      United States District Court Judge