JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

RICKEY D. TURNER, CO Bar No. 38353
Trial Attorney
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
Rickey.Turner@usdoj.gov

SHAUN M. PETTIGREW, CA Bar No. 254564
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(206) 526-6881
shaun.pettigrew@usdoj.gov

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSERVATION CONGRESS and the CITIZENS FOR BETTER FORESTRY, <br><br> Plaintiffs. <br><br> v. <br><br> UNITED STATES FOREST SERVICE, and the UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | CASE NO. 2:13-cv-934-JAM-DB <br><br> **STIPULATION OF JOINT BRIEFING SCHEDULE AND ORDER** |

The parties to the above-captioned action submit this stipulation of joint proposed briefing schedule and proposed order pursuant to the July 8, 2019, Order requiring the parties to "file a joint proposed briefing schedule to address any motions related to the administrative record and cross motions for summary judgment within **21 days** of the lodging of the administrative record." ECF No. 30 at 3. The parties hereby propose the following briefing schedule:

1. The following deadlines related to the administrative records shall apply:
    a. On or before **January 13, 2020**, Plaintiffs shall notify Defendants of any objections related to the content of the administrative records.
    b. If the parties are unable to informally resolve any objections to the administrative records, Plaintiffs shall move to supplement or complete the administrative records on or before **February 10, 2020**.
    c. If Plaintiffs move to supplement or complete the administrative records, Defendants' response shall be due on or before **February 24, 2020**, and Plaintiffs' reply shall be due on **March 2, 2020**.
    d. If Plaintiffs move to supplement or complete the administrative records, the remaining deadlines for briefing cross motions for summary judgment shall be vacated. The parties shall submit a joint proposed briefing schedule for cross motions for summary judgment within **14 days** of an order resolving any motion from Plaintiffs to supplement or complete the administrative records.
2. If no motion to supplement or complete the administrative records is filed, the following deadlines related to cross motions for summary judgment shall apply:

a. Plaintiffs shall file a motion for summary judgment and supporting memorandum not to exceed twenty-five pages on or before **March 30, 2020**.

b. Defendants shall file a cross motion for summary judgment and combined memorandum in support and opposition to Plaintiffs' motion for summary judgment not to exceed thirty-five pages on or before **May 14, 2020**.

c. Plaintiffs shall file their combined reply in support of their motion for summary judgment and response to Defendants' cross motion for summary judgment not to exceed twenty pages on or before **June 4, 2020**.

d. Defendants shall file their reply in support of their cross motion for summary judgment not to exceed ten pages on or before **June 25, 2020**.

Dated: December 31, 2019        Respectfully Submitted,

/s/ *Sean T. Malone*
Sean T. Malone, OR Bar # 084060
Attorney at Law
259 E. 5th Ave, Ste 200-C
Eugene OR 97401
(303) 859-0403
seanmalone8@hotmail.com
*Attorney for Plaintiffs*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(206) 526-6881

shaun.pettigrew@usdoj.gov

RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373

*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

DATE: 1/6/20     /s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge