Andrew G. Ogden (CA Bar # 112384)
Attorney at Law
3827 Silver Plume Circle
Boulder, CO 80305
303-818-9422
E-mail: aogden@indra.com

Sean T. Malone (OR State Bar # 084060) *Pro Hac Vice*
Attorney at Law
259 E. Fifth Ave., Ste. 200-G
Eugene, OR 97401
(303) 859-0403
Email: seanmalone8@hotmail.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS and the CITIZENS FOR BETTER FORESTRY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, and the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CASE NO. 2:13-cv-0934-JAM DB<br><br>STIPULATION OF JOINT PROPOSED BRIEFING SCHEDULE AND ORDER |

STIPULATION OF JOINT PROPOSEDBRIEFING SCHEDULE AND ORDER
- 1 -
*Conservation Cong. et al. v. U. S. Forest Serv. et al.*, Case No. 2:13-cv-0934-JAM DB

The parties to the above-captioned action submit this stipulation of joint proposed briefing schedule and proposed order pursuant to the January 6, 2020 Order requiring the parties to "submit a joint proposed briefing schedule for cross motions for summary judgment within **14 days** of an order resolving any motion from Plaintiffs to supplement or complete the administrative records." ECF 37 at 2. The Court's Order on May 28, 2020 resolved Plaintiff's motion regarding the administrative record. ECF 55.

The parties hereby propose the following deadlines related to cross motions for summary judgment shall apply:

 a. Plaintiffs shall file a motion for summary judgment and supporting memorandum not to exceed twenty-five pages (25) on or before September 4, 2020.

 b. Federal Defendants shall file a cross motion for summary judgment and combined memorandum in support and opposition to Plaintiffs' motion for summary judgment not to exceed thirty-five pages (35) on or before October 9, 2020.

 c. Defendant-Intervenor shall file a cross motion for summary judgment and combined memorandum in support and opposition to Plaintiffs' motion for summary judgment not to exceed thirty-five pages (35) on or before October 23, 2020.

 d. Plaintiffs shall file their combined reply in support of their motion for summary judgment and response to Federal Defendants' cross motion for summary judgment not to exceed twenty (20) pages on or before November 6, 2020.

 e. Plaintiffs shall file their combined reply in support of their motion for summary judgment and response to Defendant-Intervenor's cross motion for summary judgment not to exceed twenty (20) pages on or before November 20, 2020.

STIPULATION OF JOINT PROPOSEDBRIEFING SCHEDULE AND ORDER
- 2 -
*Conservation Cong. et al. v. U. S. Forest Serv. et al.*, Case No. 2:13-cv-0934-JAM DB

f.  Federal Defendants shall file their reply in support of their cross motion for summary judgment not to exceed ten (10) pages on or before November 24, 2020.

g.  Defendant-Intervenor shall file its reply in support of its cross motion for summary judgment not to exceed ten (10) pages on or before December 7, 2020.

Plaintiffs shall schedule a date for oral argument that is compatible with the Court's calendar and complies with the Court's Order Re Filing Requirements for Cases Assigned to Judge Mendez. ECF 56.

Date:   June 11, 2020	Respectfully Submitted,

*/s/ Andrew G. Ogden*
Andrew G. Ogden, CA State Bar # 112384
Attorney at Law
3827 Silver Plume Circle
Boulder, CO 80305
(303) 818-9422
aogden@indra.com

*/s/ Sean T. Malone*
Sean T. Malone, OR State Bar # 084060
Attorney at Law
259 E. 5th Ave., Ste. 200-C
Eugene OR 97401
(303) 859-0403
seanmalone8@hotmail.com

*Attorneys for Plaintiffs*

PRERAK SHAH
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(206) 526-6881

STIPULATION OF JOINT PROPOSEDBRIEFING SCHEDULE AND ORDER
- 3 -
*Conservation Cong. et al. v. U. S. Forest Serv. et al.*, Case No. 2:13-cv-0934-JAM DB

shaun.pettigrew@usdoj.gov

*/s/ Ricky D. Turner, Jr.*
RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373

*Attorneys for Federal Defendants*

*/s/ Dennis Porter*
Dennis L. Porter (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

*/s/ Lawson E. Fite*
Lawson E. Fite (Ore. Bar #055573)
*Pro Hac Vice*
Sara Ghafouri (Ore. Bar # 111021)
*Pro Hac Vice*
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org
sghafouri@amforest.org

*Attorneys for Defendant-Intervenor*

**IT IS SO ORDERED:**

DATE:   June 11, 2020               /s/ John A. Mendez
                                    Honorable John A. Mendez
                                    United States District Court Judge

STIPULATION OF JOINT PROPOSEDBRIEFING SCHEDULE AND ORDER
- 4 -
*Conservation Cong. et al. v. U. S. Forest Serv. et al.*, Case No. 2:13-cv-0934-JAM DB