Andrew G. Ogden (CA Bar # 112384)
Attorney at Law
3827 Silver Plume Circle
Boulder, CO 80305
303-818-9422
E-mail: aogden@indra.com

Sean Malone (OR Bar # 084060) *Admitted Pro Hac Vice*
259 E.5th Ave, Ste. 200-C
Eugene, OR 97401
Tel: (303) 859-0403
Fax: (650) 471-7366
seanmalone8@hotmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS and the CITIZENS FOR BETTER FORESTRY,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendants.<br><br>and<br><br>AMERICAN FOREST RESOURCE COUNCIL,<br><br>    Defendant-Intervenor. | CASE NO. 2:13-cv-0934-JAM DB<br><br>Order |

PROPOSED ORDER  1
*Conservation Cong. et al. v. U. S. Forest Serv. et al.*, Case No. 2:13-cv-0934-JAM DB

Having found good cause, the Court GRANTS the Parties' Stipulated Request to Dispense with the Statement of Undisputed Facts.

IT IS SO ORDERED

Dated:   9/8/2020.

/s/ John A. Mendez_____

JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE