JEAN E. WILLIAMS,
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

RICKEY D. TURNER, CO Bar No. 38353
Trial Attorney
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
Rickey.Turner@usdoj.gov

SHAUN M. PETTIGREW, CA Bar No. 254564
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98155
(206) 526-6881
shaun.pettigrew@usdoj.gov

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSERVATION CONGRESS and the CITIZENS FOR BETTER FORESTRY, <br><br>  Plaintiffs. <br><br>  v. <br><br> UNITED STATES FOREST SERVICE, and the UNITED STATES FISH AND WILDLIFE SERVICE, <br><br>  Federal Defendants, <br><br>  and <br><br> AMERICAN FOREST RESOURCE COUNCIL, <br><br>  Defendant-Intervenor. | CASE NO. 2:13-cv-934-JAM-DB <br><br> **STIPULATED MOTION TO EXTEND DEADLINES RELATED TO MOTION TO SUPPLEMENT [ECF NO. 66]** |

The parties respectfully submit this Stipulated Motion to Extend Deadlines Related to Motion to Supplement [ECF No. 66].

On January 6, 2020, the Court adopted the Stipulation of Joint Briefing Schedule and Order (First Scheduling Order), ECF No. 37, proposed by Plaintiffs and Federal Defendants. Under the First Scheduling Order, if Plaintiffs moved to supplement or complete the administrative records, the deadlines for briefing the parties' cross motions for summary judgment would be vacated and the parties would propose new summary judgment briefing deadlines following resolution of Plaintiffs' motion. *Id.* at 2.

Plaintiffs moved to supplement the administrative records on February 10, 2020 (First Motion to Supplement). ECF No. 38. Before ruling on the First Motion to Supplement, the Court granted American Forest Resource Council's motion to intervene as a defendant. ECF No. 54. The Court then granted in part and denied in part the First Motion to Supplement, ECF No. 55, and the parties proposed a summary judgment briefing schedule consistent with the First Scheduling Order, ECF No. 57. The Court adopted the parties' proposed briefing schedule (Second Scheduling Order), under which Plaintiffs' motion for summary judgment was due on September 4, 2020, ECF No. 58.

Plaintiffs filed their motion for summary judgment according to the Second Scheduling Order. ECF No. 61. Plaintiffs also concurrently filed another motion to supplement the administrative record (Second Motion to Supplement). ECF No. 66. The Second Scheduling Order did not contemplate such a motion. As a result, under Eastern District Local Rule 230, Federal Defendants' and Defendant-Intervenor's opposition to the motion would be due on September 18, 2020, and Plaintiffs' reply would be due on September 25, 2020. The parties, however, agree that it would be more efficient to merge the deadlines for the Second Motion to Supplement with the relevant deadlines in the Second Scheduling Order.[1] Accordingly, the parties respectfully request that the opposition and reply deadlines for the Second Motion to

---

[1] In moving to merge these deadlines, Federal Defendants do not concede that the Second Motion to Supplement was properly filed and expressly reserve their right to argue that the Second Motion to Supplement is untimely under the Court's scheduling orders.

*Stipulated Mot. to Extend Deadlines* 2

Supplement be extended as follows:

    a. Federal Defendants' opposition to the Second Motion to Supplement is due on or before October 9, 2020.

    b. Defendant-Intervenor's opposition to the Second Motion to Supplement is due on or before October 23, 2020.

    c. Plaintiffs' reply in support of the Second Motion to Supplement is due on or before November 6, 2020.


Dated:  September 9, 2020                      Respectfully Submitted,


*/s/ Sean T. Malone*
Sean T. Malone, OR State Bar # 084060
Attorney at Law
259 E. 5th Ave., Ste. 200-C
Eugene, OR 97401
(303) 859-0403
seanmalone8@hotmail.com

Andrew G. Ogden, CA State Bar # 112384
Attorney at Law
3827 Silver Plume Circle
Boulder, CO 80305
(303) 818-9422
aogden@indra.com

*Attorneys for Plaintiffs*

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division


*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE

*Stipulated Mot. to Extend Deadlines*                                                      3

Seattle, WA 98155
(206) 526-6881
shaun.pettigrew@usdoj.gov

RICKEY D. TURNER, JR.
Trial Attorney
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373

*Attorneys for Federal Defendants*

/s/ Lawson E. Fite
Lawson E. Fite (Ore. Bar #055573)
Sara Ghafouri (Ore. Bar # 111021)
Pro Hac Vice
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, OR 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org
sghafouri@amforest.org

*Attorneys for Defendant-Intervenor*

**IT IS SO ORDERED:**

DATED: September 10, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

*Stipulated Mot. to Extend Deadlines*                                     4