Dennis L. Porter (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

Lawson E. Fite (Ore. Bar #055573), *Pro Hac Vice*
COUNSEL FOR SERVICE
Sara Ghafouri (Ore. Bar # 111021), *Pro Hac Vice*
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org

Attorneys for Defendant-Intervenor

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS and CITIZENS FOR BETTER FORESTRY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendants,<br><br>AMERICAN FOREST RESOURCE COUNCIL,<br><br>    Defendant-Intervenor. | No. 2:13-cv-00934-JAM-DB<br><br>**NOTICE OF MOTION AND CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>**[Fed. R. Civ. P. 56(a); L.R. 260]**<br><br>**Date:** January 12, 2021<br>**Time:** 1:30 p.m.<br>**Ctrm:** 6 (14th Floor)<br><br>**The Honorable John A. Mendez** |

*Conservation Congress et al. v. United States Forest Service, et al.,* No. 2:13-cv-00934-JAM-DB
NOTICE OF MOTION AND CROSS MOTION FOR SUMMARY JUDGMENT

## NOTICE

TO THIS HONORABLE COURT AND COUNSEL FOR THE PARTIES:

PLEASE TAKE NOTICE, pursuant to Local Rule 230, that on January 12, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable John A. Mendez, at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, Intervenor-Defendant American Forest Resource Council, will, and hereby does, move the Court for summary judgment.

## MOTION

Pursuant to Fed. R. Civ. P. 56(a) and Local Rule 260, defendant-intervenor American Forest Resource Council respectfully moves the Court for summary judgment.  Summary judgment is appropriate in this matter because the Pettijohn Project at issue in this case complies with applicable environmental laws, including the Endangered Species Act, National Environmental Policy Act, and National Forest Management Act.

This Motion is supported by the accompanying Memorandum, the administrative records lodged by the Federal Defendants, the pleadings and papers on file herein, and such oral argument as the Court may entertain.

WHEREFORE, defendant-intervenor requests that the Court grant the Motion, and thereby enter summary judgment in favor of all defendants.

Respectfully submitted this 23rd day of October, 2020.

/s/ Lawson E. Fite
Lawson E. Fite (Ore. Bar #055573)
*Pro Hac Vice*
Sara Ghafouri (Ore. Bar # 111021)
*Pro Hac Vice*
American Forest Resource Council
700 N.E. Multnomah, Suite 320

*Conservation Congress et al. v. United States Forest Service, et al.,* No. 2:13-cv-00934-JAM-DB
 NOTICE OF MOTION AND CROSS MOTION FOR SUMMARY JUDGMENT -

Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org

Dennis L. Porter (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

Attorneys for Defendant-Intervenor

CERTIFICATE OF SERVICE

I, Lawson E. Fite, hereby certify that I, on October 23, 2020, caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated:  October 23, 2020                    /s/ Lawson E. Fite
                                            Lawson E. Fite

*Conservation Congress et al. v. United States Forest Service, et al.,* No. 2:13-cv-00934-JAM-DB
 NOTICE OF MOTION AND CROSS MOTION FOR SUMMARY JUDGMENT -