PAUL E. SALAMANCA
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

RICKEY D. TURNER, CO Bar No. 38353
Trial Attorney
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
Rickey.Turner@usdoj.gov

SHAUN M. PETTIGREW, CA Bar No. 254564
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98155
(206) 526-6881
shaun.pettigrew@usdoj.gov

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSERVATION CONGRESS and the CITIZENS FOR BETTER FORESTRY,<br><br>Plaintiffs.<br><br>v.<br><br>UNITED STATES FOREST SERVICE, and the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Federal Defendants,<br><br>and<br><br>AMERICAN FOREST RESOURCE COUNCIL,<br><br>Defendant-Intervenor. | CASE NO. 2:13-cv-934-JAM-DB<br><br>**STIPULATED MOTION REGARDING DEADLINES RELATED TO MOTION TO STRIKE [ECF NO. 79]** |

The parties respectfully submit this Stipulated Motion Regarding Deadlines Related to Motion to Strike [ECF No. 79].

On January 6, 2020, the Court adopted the Stipulation of Joint Briefing Schedule and Order (First Scheduling Order), ECF No. 37, proposed by Plaintiffs and Federal Defendants. Under the First Scheduling Order, if Plaintiffs moved to supplement or complete the administrative records, the deadlines for briefing the parties' cross motions for summary judgment would be vacated and the parties would propose new summary judgment briefing deadlines following resolution of Plaintiffs' motion. *Id.* at 2.

Plaintiffs moved to supplement the administrative records on February 10, 2020 (First Motion to Supplement). ECF No. 38. Before ruling on the First Motion to Supplement, the Court granted American Forest Resource Council's motion to intervene as a defendant. ECF No. 54. The Court then granted in part and denied in part the First Motion to Supplement, ECF No. 55, and the parties proposed a summary judgment briefing schedule consistent with the First Scheduling Order, ECF No. 57. The Court adopted the parties' proposed briefing schedule (Second Scheduling Order), under which Plaintiffs' motion for summary judgment was due on September 4, 2020, ECF No. 58.

The parties filed cross-motions for summary judgment according to the Second Scheduling Order. ECF Nos. 61, 72, 75. Plaintiffs filed their combined reply in support of their motion for summary judgment and response to Federal Defendants' cross-motion for summary judgment on November 6. ECF No. 78. At that time, Plaintiffs also filed a Motion to Strike. ECF No. 79. The Second Scheduling Order did not set deadlines for such a motion. The parties agree that it would be most efficient to align Federal Defendants' response to the Motion to Strike with their November 24, 2020, deadline for filing a reply in support of their cross-motion for summary judgment. The parties further agree to a December 4, 2020, deadline for Plaintiffs' reply in support of their Motion to Strike. Accordingly, the parties respectfully request that the Court enter an order with the following deadlines:

a. Federal Defendants' opposition to the Motion to Strike is due on or before November 24, 2020.

*Stipulated Mot. re Deadlines*                                                                                                          2

b.  Plaintiffs' reply in support of the Motion to Strike is due on or before December 4, 2020.

Dated:  November 13, 2020          Respectfully Submitted,

/s/ Andrew G. Ogden
Andrew G. Ogden, CA State Bar # 112384
Attorney at Law
3827 Silver Plume Circle
Boulder, CO 80305
(303) 818-9422
aogden@indra.com

Sean T. Malone, OR State Bar # 084060
Attorney at Law
259 E. 5th Ave., Ste. 200-C
Eugene, OR 97401
(303) 859-0403
seanmalone8@hotmail.com

*Attorneys for Plaintiffs*

PAUL E. SALAMANCA
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Shaun M. Pettigrew
SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98155
(206) 526-6881
shaun.pettigrew@usdoj.gov

RICKEY D. TURNER, JR.
Trial Attorney
Wildlife & Marine Resources Section

*Stipulated Mot. re Deadlines*       3

999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373

*Attorneys for Federal Defendants*

*/s/ Lawson E. Fite*
Lawson E. Fite (Ore. Bar #055573)
Sara Ghafouri (Ore. Bar # 111021)
Pro Hac Vice
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, OR 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org
sghafouri@amforest.org

*Attorneys for Defendant-Intervenor*

**IT IS SO ORDERED:**

DATED: November 16, 2020         /s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

*Stipulated Mot. re Deadlines*　　　　　　　　　　　　　　　　　　　　　　　　　　　　4