JEAN E. WILLIAMS,
Acting Assistant Attorney General
Environment & Natural Resources Division

RICKEY D. TURNER, CO Bar No. 38353
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
Rickey.Turner@usdoj.gov

SHAUN M. PETTIGREW, CA Bar No. 254564
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98155
(206) 526-6881
shaun.pettigrew@usdoj.gov

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSERVATION CONGRESS and the CITIZENS FOR BETTER FORESTRY,<br><br>Plaintiffs.<br><br>v.<br><br>UNITED STATES FOREST SERVICE, and the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Federal Defendants. | CASE NO. 2:13-cv-934-JAM-DB<br><br>**DECLARATION OF JEFFREY DESALLES IN SUPPORT OF DEFENDANT UNITED STATES FOREST SERVICE'S BILL OF COSTS** |

I, Jeffrey Desalles, declare as follows:

1. I am the Printing Services Specialist in the Office of Public Affairs and Communication for the Pacific Southwest Regional Office of the United States Forest Service. I am located in the Regional Office in Vallejo, CA.

2. In my role as Printing Services Specialist, I help Forest Service clients find solutions to their printing and document production service needs. I also coordinate with the Seattle, Washington branch of the Government Publishing Office (GPO) to procure services, including from printing vendors. For the above-captioned case, I worked with my client, the Shasta Trinity National Forest, and the GPO to complete the Pettijohn Administrative Record.

3. As part of those duties, I prepared the SF-1 form, attached hereto as Exhibit 1. The SF-1 is a memorandum of understanding that obligates Federal funds. It is one of the primary vehicles for submitting printing or printing services requests. The SF-1 for the Pettijohn Administrative Record describes what services were needed, who requested the services, how the services would be funded (in this case using the GPO Printing and Binding Deposit Account # 3411-CR), and who would receive the service deliverables. The SF-1 for the Pettijohn Admistrative Record requested bates stamping of all documents, hyperlinking to the index, and 10 digital copies of the administrative record.

4. Once the print request (SF-1) is received by the GPO, that agency records all of the service specifications into a Quote Request that it makes available to all registered printing vendors with GPO. When the least expensive and qualified vendor has been selected, GPO converts the Quote Request into a Purchase Order, attached hereto as Exhibit 2, which displays the selected vendor, identifying nomenclature, pricing structure, and outlines the jobs scope and specifications. Exhibit 2 identifies price quote for the Pettijohn administrative record production and copy:

    1. Electronic Bates Stamping. Per number …$0.85

    2. USB drive, including labeling. Per USB drive … $25.00

5. Finally, the Pettijohn Administrative Record Invoice L2994, attached hereto as Exhibit 3, provides a description of the services performed by the vendor, Colour Drop, the materials provided, and the prices charged. Exhibit 3 includes two line items for deliverables and costs. The first line item is for "All Inclusive Processing" which includes "technical time/hyperlinking/OCR [optical character recognition of documents] and bates [stamping]." The cost for this line item was $0.85 per a page for 19,193 pages, totaling $16,314.05. The second line item is for DVD/flash drives. The cost for this line item was $25.00 per storage device for 12 storage devices, totally $300.00. The total combined cost of service and materials for the Pettijohn Administrative Record is $16,614.05. These prices do not reflect GPO's charges of an 8% surcharge plus $7.50 processing fee.

6. Once all services have been rendered and all materials have been recorded as being received in good condition, the vendor invoices GPO, which in turn invoices the Forest Service, after applying its own charges. The Forest Service remitted payment of the full amount of the Pettijohn Administrative Record contract, including the surcharge and processing fee, to GPO on January 6, 2020.

Executed this 28th day of May, 2021, in the City of Concord, Contra Costa County, California.

*/s/ Jeffrey L. DeSalles*

JEFFREY DESALLES
Printing Services Specialist
Pacific Southwest Region, U.S. Forest Service

# SF-1 PRINTING AND BINDING REQUISITION to the Public Printer of the United States

**Required Fields**

**JACKET NO. (For GPO Use Only):** 777-151 R-I
☑ Red ☐ Black ☐ Blue
**REQUISITION NO.:** 0-00019-GPO-20

**CLASSIFICATION*:** Classified ☐ Yes ☑ No | SBU ☐ Yes ☑ No | PII ☐ Yes ☑ No

**EXEMPT FROM REQUIRED DISTRIBUTION TO FEDERAL DEPOSITORY LIBRARIES:**
☑ Strictly for administrative or operational purposes ☐ Copyright restriction ☐ Not published with Federal funds

**FROM (Department or Government Establishment):** USDA Forest Service
**BUREAU/OFFICE:** Shasta-Trinity National Forest

**PUBLICATION TITLE:** 2019 SHF Pettijohn Administartive Record
**QUALITY LEVEL:**
**DATE PREPARED:** 11/19/2019

**QUANTITY (Units of Finished Product):** See Specs
**FINISHED PRODUCT:** ☐ Books/Pamphlets ☐ Forms (Sheets) ☐ Labels ☐ Sets ☐ Pads ☐ CD/DVD ☐ Envelopes ☐ Other _____
☐ Rush (Premium Surcharge Authorized) ☐ Open Requisition

**PREVIOUS JACKET/REQ. NO. (If Reprint):**
**FORM NO.:**
**ISBN:**
**IF AVAILABLE ONLINE:** http://

**THIS ORDER RIDES (Department):** | **(Requisition No.):** | **(Jacket No.):** | **STRAP WITH REQUISITION NO.:**

**GPO IN-HOUSE SERVICES (Prior contact required for each service—attach estimate):** ☐ Graphic and Multimedia Design ☐ Web Services ☐ Preflight ☐ Other _____
**GPO In-House Distribution Services:** ☐ Mailing ☐ Storage ☐ Mailing List Maintenance
**Security & Intelligent Documents:** ☐ Secure Federal Credentials

## BILLING INFO (Component TAS/BETC)

**BILLING ADDRESS CODE (BAC)*:** 3411-CR
**AGENCY LOCATION CODE (ALC):** 012401100
**APPROPRIATION CHARGEABLE/OBLIGATION NO.:** 3411-CR Deposit Account 0000 for

☐ PURCHASE CARD
**PURCHASE CARD NO. (Call for Card No.):** N/A
**EXP. DATE:** N/A
**NAME AS IT APPEARS ON PURCHASE CARD:** N/A
**PHONE NO. OF CARDHOLDER:** N/A

| TAS*: Sub-level Prefix Code | Allocation Transfer Agency Identifier | Agency Identifier | Beginning Period of Availability | Ending Period of Availability | Availability Type Code | Main Account Code | Sub-Account Code | BETC* | LINE OF ACCOUNTING/DOCUMENT REFERENCE NUMBER (Info Will Appear on IPAC as Entered) |
|---|---|---|---|---|---|---|---|---|---|
| | | 012 | | | X | | 000 | DISB | Deposit Account 3411-CR |

## PRE-PRESS & PROOFS

**FURNISHED (Electronic media must include Form 952):** ☐ Files sent via FTP or Email ☐ CD/DVD ☐ Copy ☐ Negative ☐ Other _____ Qty: ___ ☐ Materials to be furnished by (date): ___

**PROOFS:** ☐ Content (QTY) ☐ Inkjet (QTY) ☐ High Resolution (QTY) ☐ Prior to Production Samples (QTY) ☐ Electronic Soft Proof
**DAYS DEPT. WILL HOLD PROOFS:**
**PRESS SHEET INSPECTION:** ☐ No. of Hours Notice

**DELIVER PROOFS TO (PO Box not acceptable, include contact phone number):**

## PAPER & INK

**COVER PAPER (JCP number [If Known] and Grade, Color, Finish and Basis Weight):**
**COVER INK(S) (Black, 4-Color Process, Pantone #):**
**COVER COATING TYPE:**
☐ List Other Paper & Ink Materials Below in Additional Information

**TEXT PAPER (JCP number [If Known] and Grade, Color, Finish and Basis Weight):**
**TEXT INK(S) (Black, 4-Color Process, Pantone #):**
**TEXT COATING TYPE:**

## PRESS & BINDERY

**DIGITAL PRINT ACCEPTABLE:** ☐ Yes ☐ No
**PRINT:** ☐ One Side Only ☐ Head to Head ☐ Head to Foot
**INDICATE WHICH COVERS PRINT:** ☐ 1 ☐ 2 ☐ 3 ☐ 4
**EMBOSS** ☐ **PERFORATE** ☐ **SCORE** ☐ **POSITION** ☐
**NUMBERING (Inclusive):** _____ to _____ Ink (Color)

**SIZE FLAT (Inches) FORMS, SETS, PADS:** X
**FOLD TO (Inches):** X
**SIZE TRIMMED PAGE (Inches) BOOKS/PAMPHLETS:** X
**NO. OF TEXT PAGES:**
**PAPER COVERS:** ☐ (Self) ☐ (Separate)

**STITCH:** ☐ (Side) ☐ (Saddle) ☐ (ULC)
**PASTE ON FOLD:** ☐
**LOOSELEAF:** ☐ **TAPE:** ☐ **COMB:** ☐ **COIL:** ☐ **PERFECT BOUND:** ☐ **SEW:** ☐ **CASE BOUND:** ☐ (Material and Color)

**PAD/SETS (Position):** ☐ (Sheets in Pad) ☐ (Sets in Pad) ☐ (Sheets in Set) ☐ (Chipboard Required) ☐ **CARBON INTERLEAVE** ☐ **PUNCH/DRILL** ☐ (No. of Holes) (Diam.) (Inches Center to Center) (Position)
**STAMP TITLE (Bindery):** ☐ Cover ☐ Spine Foil (Color) _____ Ink (Color) _____

**COLLATE (Explain):**
**TAB DIVIDERS (Height of Tab):** Width of Cut (1/5 etc.) (Position)

## PACKAGING & DELIVERY

**REQUESTED DELIVERY DATE:**
**KRAFT WRAP (QTY):** ☐
**SHRINK FILM (QTY):** ☐
**BAND IN SETS (QTY):** ☐
**SUITABLE:** ☐
**OTHER PACKAGING (Specify):** ☐ (QTY)
**PACK IN CARTONS:** ☐

**DELIVER PRODUCT TO:** Contact Melissa Church for delivery instructions: melissa.church@usda.gov /cell phone: 530-515-8175
**RETURN FURNISHED MATERIALS TO:**

☐ Distribution List Attached
**Digital Deliverables Requested - Format:** ☐ Native ☐ PDF

☐ Supplemental Information Attached

## ADDITIONAL INFORMATION

REQUEST ***SPA *** MADE TO COLOR DROP!

& Jeffrey DeSalles: jeffrey.desalles@usda.gov  /  (707) 562-9182

**FOR ADDITIONAL INFORMATION CONTACT (Name):** Melissa Church  cell phone: 530-515-8175
**TELEPHONE:** 530-226-2332
☑ **PRICE APPROVAL REQUIRED IF EXCEEDS** $ Any Cost

**EMAIL:** melissa.church@usda.gov
**FAX:**
**ESTIMATE (For GPO Use Only):**
**INCLUDES FREIGHT:** ☐ Yes ☐ No

*I certify that this work is authorized by law and necessary to the conduct of the business of the above-mentioned Government establishment.*

**JEFFREY DESALLES** Digitally signed by JEFFREY DESALLES Date: 2019.11.19 15:23:16 -08'00'
**Title:** Printing Services Specialist

**AUTHORIZING SIGNATURE (Must be on file with GPO)***

Standard Form 1, February 2014
Title 44 of the U.S. Code Control No. 1-110

# SF-1

**PRINTING AND BINDING REQUISITION**
to the Public Printer of the United States

Supplemental Instructions PAGE 2

| FROM (Department or Government Establishment) | PUBLICATION TITLE |
|---|---|
| USDA Forest Service | 2019 SHF Pettijohn Administartive Record |
| REQUISITION NO. | BILLING ADDRESS CODE (BAC) |
| 0-00019-GPO-20 | 3411-CR |

ADDITIONAL INFORMATION

REQUEST ***SPA *** MADE TO COLOR DROP!

Client has already contacted Color Drop, has sent them the production files and received an approximate estimate from them.

Client sent thumb drive (labeled with C/O Nick Sayarad) for the Pettijohn Administrative Record early Thursday 11/14/2019.

Client got the approval from DOJ to move forward with the record as indicated in the index.

Client will need 10 copies (2-DOJ, 2-Court, 2-Plaintiff, 1-OGC, 1-FWS, 2-Shasta-Trinity).
Seven (7) of those will need to be in the hands of DOJ (Seattle, WA) by Dec 7, 2019

Client will need all documents Bates stamped and hyperlinked to the index.

If vendor is missing documents identified in the index or have extra documents that aren't represented in the index, vendor is to let client know.

Address questions/concerns regarding files and logistics to Melissa Church: Melissa Church melissa.church@usda.gov /cell phone: 530-515-8175

Alternate contacts for files and logistics"
Keli McElroy: kmcelroy@usda.gov / 530-226-2354
Lois Shoemaker: lois.shoemaker@usda.gov / 530-226-2420

Address questions/concerns regarding funding to Jeffrey DeSalles: jeffrey.desalles@usda.gov / (707) 562-9182

# Purchase Order //

US Government Publishing Office **R4826**

Seattle Regional Office
4735 E Marginal Way South
Seattle   WA   98134-2397
040 21651         COLOUR DROP INC
                  727 VAN NESS AVE
                  SAN FRANCISCO   CA   94102

Date: Tuesday, Nov 26, 2019   **JACKET:777-151  R-1**
Department of Agriculture Deposit A 3411 CR 0-00019-GPO-20
Cost: $12,150.00   Add Rate: $0.85   Per: E
Discount: 0   Percent: 0   Days:
Phone: (415) 353-5720
Fax: (415) 353-5730

**TITLE:** 2019 SHF Pettijohn Administrative Record
**QUANTITY:** 10 total copies. See Below.

Vendor must submit quotes via Quick Quote (https://contractorconnection.gpo.gov).  Fax, email, and phone quotes are not acceptable.  Late quotes will not be accepted.  All problems submitting quotes via Quick Quote must be reported prior to bid opening time to GPO's Procurement Support Branch at 202-512-0526.  Also note the "quotes due by" time will be Eastern Time.  2PM Eastern time equals 11AM Pacific time.

R1: Contractor must fill out the Schedule of Prices in the comments field of their quote on Contractor Connection.

SCHEDULE  OF  PRICES  - - -  Jacket 777-151

COMPLETE PRODUCT:  Price quoted shall include the cost of all required materials and operations necessary for the complete production and delivery of the product listed in accordance with these specifications.

1. Electronic Bates Stamping.  Per number.  . . . $ 0.85

2. USB drive, including labeling.   Per USB drive.  . . . $ 25.00

DETERMINATION OF AWARD:  The Government will determine the lowest bid by applying the prices quoted in the "Schedule of Prices" shown above to the following units of production which are the estimated requirements to produce converting and placing on jump drives and paper copies as ordered under this contract.  These units do not constitute, nor are they to be construed as, a guarantee of the volume of work which may be ordered.  The following item designations correspond to those listed above in the "Schedule of Prices".

1.  14,000       2.  10

**TRIM SIZE:** See Below
**PAGES:** See Below
**SCHEDULE:**
Furnished Material will be available for pickup by 11/26/2019
Deliver complete (to arrive at destination) by 12/07/2019
F.O.B. destination

GPO Contract Terms (GPO Pub. 310.2, effective December 1, 1987 (Rev. 1-18)) applies.   DIRECTOR OF THE GOVERNMENT PUBLISHING OFFICE

Page 1 of 4 NEGOTIATED PURSUANT TO 41 U.S.C. 5(1)
JACKET: 777151 R-1        Requistion: 0-00019-GPO-20Certified By: fbuchko
                                    Reviewed By: rwhitehurst

By _____
(Signature of Contracting Officer)

This is a MUST deliver date.

---

TRACKING SHIPMENT/DELIVERY.
Contractor must notify the ordering agency on the same day that the product ships/delivers via e-mail sent to kmcelroy@fs.fed.us, and cc infoseattle@gpo.gov. The subject line of this message shall be "Distribution Notice for Jacket 777-151. The notice must provide all applicable tracking numbers, shipping method, and Title. Contractor must be able to provide copies of all delivery, mailing, and shipping receipts upon agency request.

---

**QUALITY LEVEL:** 3 Quality Assurance Through Attributes (GPO PUB 310.1, effective May 1979 (Rev. 9-19)) applies.
**DESCRIPTION:**
CONTRACTOR MUST BE BONDED FOR CONFIDENTIAL COURT RECORDS.

There are approximately 14,000 pages in *.PDF and Microsoft Office digital formats.

Contractor to produce 10 USB Flash Drives.
Contractor to import files.
Contractor to review and make sure that each of the documents match the index as listed.
Contractor to OCR and link documents to index.

Electronic Bates stamping required. Bates stamping numbers should appear in the lower right hand corner of the page.

Indexing: The agency will furnish an electronic indexing listing (index created in Microsoft Excel Document *.xlsm format) for each document. The contractor will complete each index listing by incorporating the beginning page # (Bates Stamp number) for each submitted listing. This number should include a hyperlink to the electronic copy of the document.

Please use the same prefix (e.g., "AR[number]")for Bates numbers throughout the record. Meaning, for example, the Literature should not be cited "LIT[number]" while the public comment section is "PC[number]". Instead, use a uniform prefix throughout - it is less confusing.

The originals provided are considered sensitive materials. Proper control and handling must be maintained at all times to prevent and information or materials required to produce the product order under these specifications from falling into unauthorized hands. All extra copies, materials, waste, electronic files, etc. must be destroyed. Due to the sensitive nature of the materials provided, no one shall disclose the contents of any document or item that has been presented for reproduction.

NOTE: All electronic documents must remain searchable.

NOTE: Contact Keli McElroy, (530) 226-2354 or keli.mcelroy@usda.gov, for clarification of scanning, copying or bates numbering requirements after receiving USB Flash Drive.
**MATERIAL FURNISHED:** Contractor to pickup at department.   Copy is provided on a USB Flash Drive in Adobe Acrobat *.PDF formats. The index is provided via email as a MS Excel *.XLSX file.

---

GPO Contract Terms (GPO Pub. 310.2, effective December 1, 1987 (Rev. 1-18)) applies.   DIRECTOR OF THE GOVERNMENT PUBLISHING OFFICE

Page 2 of 4 NEGOTIATED PURSUANT TO 41 U.S.C. 5(1)
JACKET: 777151 R-1        Requistion: 0-00019-GPO-20Certified By: fbuchko
                          Reviewed By: rwhitehurst

By _____
(Signature of Contracting Officer)

Contractor must set copy for the USB Flash Drive label as follows:

"Conservation Congress, et al. v. U.S. Forest Service, et al."
"No. 2:13-cv-00934-JAM-DB"
NOTE: Do not include quotation marks. Also; please include a date on the label with whatever date it is finalized.

Contractor must contact Keli McElroy (530) 226-2354 or Lois Shoemaker 530-226-2420 to arrange pick up/mailing of the USB flash drive.
**COLOR OF INK:**
**MARGINS:**
**PROOFS: NONE**
**PACKING:**
Pack securely to prevent damage during shipping.
Use GPO form 905 to mark all shipping containers. A fillable GPO Form 905 is available at: "http://contractorconnection.gpo.gov" under "Application and Forms".
Suitable
**DISTRIBUTION:**
8 drives to:
Shaun M. Pettigrew
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
7600 Sand Point Way, NE
Seattle, WA 98115

2 drives to:
Keli McElroy (530) 226-2354
Forest Silviculturist, USFS
Shasta-Trinity National Forest
Supervisor's Office
3644 Avtech Parkway
Redding, CA 96002

Return all original documents to Keli McElroy at the Redding, CA address listed above.
NOTE: Contractor to verify names and addresses with Keli McElroy, (530) 226-2420 or keli.mcelroy@usda.gov, prior to mailing.
**QUALITY ASSURANCE LEVELS AND STANDARDS:** The following levels and standards shall apply to these specifications:
Inspection Levels (from ANSI/ASQC Z1.4):
(a)  Non-destructive Tests -- General Inspection Level I.
(b)  Destructive Tests -- Special Inspection Level S-2.
Specified Standards-- The specified standards for the attributes requiring them shall be:

ATTRIBUTE                                                                 SPECIFIED STANDARD

**GPO Contract Terms (GPO Pub. 310.2, effective December 1, 1987 (Rev. 1-18)) applies.**   DIRECTOR OF THE GOVERNMENT PUBLISHING OFFICE

**Page 3 of 4 NEGOTIATED PURSUANT TO 41 U.S.C. 5(1)**
JACKET: 777151 R-1        Requistion: 0-00019-GPO-20Certified By:  fbuchko
                                          Reviewed By: rwhitehurst                     (Signature of Contracting Officer)

P-7. Type Quality and Uniformity                Government furnished material

---

PREAWARD SURVEY: In order to determine the responsibility of the prime contractor or any subcontractor, the Government reserves the right to conduct an on-site preaward survey at the contractor's/subcontractor's facility or to require other evidence of technical, production, managerial, financial, and similar abilities to perform, prior to the award of a contract. As part of the financial determination, the contractor in line for award may be required to provide one or more of the following financial documents:

1) Most recent profit and loss statement
2) Most recent balance sheet
3) Statement of cash flows
4) Current official bank statement
5) Current lines of credit (with amounts available)
6) Letter of commitment from paper supplier(s)
7) Letter of commitment from any subcontractor

The documents will be reviewed to validate that adequate financial resources are available to perform the contract requirements. Documents submitted will be kept confidential, and used only for the determination of responsibility by the Government. Failure to provide the requested information in the time specified by the Government may result in the Contracting Officer not having adequate information to reach an affirmative determination of responsibility.

**Attachment:** NONE

| | | |
|---|---|---|
| Your Contract Administrator is: Felicia Buchko (ext. 3) | Call: (206) 764-3726 | Written By: fbuchko |
| In strict accordance with your Quotation  Tipu Barber | | Dated: 11/25/2019 |

---

**GPO Contract Terms (GPO Pub. 310.2, effective December 1, 1987 (Rev. 1-18))  applies.**   DIRECTOR OF THE GOVERNMENT PUBLISHING OFFICE

**Page 4 of 4 NEGOTIATED PURSUANT TO 41 U.S.C. 5(1)**
JACKET: 777151 R-1      Requistion: 0-00019-GPO-20Certified By:  fbuchko
                        Reviewed By: rwhitehurst

By _____
(Signature of Contracting Officer)

# colour drop TECHNICAL INVOICE

727 Van Ness Avenue, San Francisco, CA 94102 • [t] 415.353.5720 • [f] 415.353.5730 • www.colourdrop.com • Federal Tax ID 27-460-2766 • Invoice Number: L2994

## CONTACT INFORMATION

**In Date:** 12/4/19 /Time:    **Due Date:** 12/9/19 /Time:    **Intake By:** TB/NS/JS
**Firm:** USDA FOREST SERVICE-SHASTA TRINITY NATIONAL FOREST
**Contact:** Keli McElroy
**Address:** 3644 Avtech Parkway
**City:** Redding    **State:** CA    **Zip:** 96002
**Phone:** 530-2262354    **Fax:**
**Email:**

## SPECIAL INSTRUCTIONS

ADMINISTRATIVE RECORD FOR PETTIJOHN AR
INVOICE REFLECTS
ELECTRONIC ADMIN RECORD
FILE PROCESSING INCLUDES TECHINCAL
TIME/HYPERLINKING/OCR AND BATES (19,193)

## PROJECT INFORMATION

| DESCRIPTION / SERVICE PERFORMED | RATE | HOURS | TOTAL |
|---|---|---|---|
| Retrieve files from Flashdrives; perform detailed review (cross check entries for accuracy of data/attachments) and prepare questions for client based on this draft review. | | | |
| Revise and correct entries as received back from client. Questions sent via email or over phone, corrections marked on working Excel AR. Re-organize AR as entries are updated. | | | |
| Integration into AR based on feed from client. | | | |
| Import vetted PDFs, | | | |
| Continue to revise and update AR as new/replacement entries were provided | | | |
| Create master folder with PDFs and Spreadsheet | | | |
| Continue to revise and update AR as new/replacement entries were provided | | | |
| Create master folder with PDFs and Spreadsheet | | | |
| Distribute electronic AR via flashdrives, distribution via FEDEX to all recipients | | | |

## DELIVERABLES

| ITEM | QTY | RATE | COST |
|---|---|---|---|
| ALL INCLUSIVE PROCESSING | 19,190.85 | | 16,314.05 |
| DVDS/FLASHDRIVES | 12 | 25.00 | 300.00 |
| | | | $16,614.05 |

Your signature(s) below indicates authorization and approval of the project. All invoices are due net 15, after 30 days late fee of $25.00, plus a surcharge of 1.5% (18%) will be applied to your balance. All accounts over 60 days will be sent to a collection agency.

**Client Authorization:**
**Client Approval:** Keli M McElroy
**Billing Reference:** JACKET: 777-151 PETTIJOHN AR

## INHOUSE USE

**OPERATOR:** JS/NS/TB
**QUALITY CHECK:** JS/TB/NS
**SUPERVISOR:** TB
**Date:** 12/9/19
**Cashier:**

## BALANCE

**Sub-total:** 16,614.05
**Tax:**
**TOTAL:** $16,614.05

©2012 Form & Layout. All rights reserved. Colour Drop