1

2

3

4

5

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

9   CONSERVATION CONGRESS and          No.  2:13-cv-00934-JAM-DB
    CITIZENS FOR BETTER FORESTRY,
10
              Plaintiffs,
11                                      **ORDER OVERRULING PLAINTIFF'S**
         v.                             **OBJECTIONS TO DEFENDANT'S**
12                                      **BILL OF COSTS AND GRANTING**
    UNITED STATES FOREST SERVICE,       **DEFENDANT'S BILL OF COSTS**
13  and UNITED STATES FISH AND
    WILDLIFE SERVICE,
14
              Defendants.
15

16       This matter is before the Court on United States Forest

17  Service's ("Defendant") bill of costs.  See Def.'s Bill of Costs

18  ("Bill"), ECF No. 93.  Conservation Congress ("Plaintiff")

19  objects to the bill.  See Objections, ECF No. 94.  Defendant

20  replied.  See Reply, ECF No. 103.  For the reasons set forth

21  below, the Court overrules Plaintiff's objections to Defendant's

22  bill of costs and grants Defendant's bill of costs.[1]

23                        I.   BACKGROUND

24       On May 17, 2021, this Court granted summary judgment for the

25  Defendant and denied summary judgment for the Plaintiff.  See

26  _____

27  [1] This motion was determined to be suitable for decision without
    oral argument.  E.D. Cal. L.R. 230(g).  The hearing was
28  scheduled for September 14, 2021.

                                1

1   Judgment, ECF No. 92.  Defendant then submitted its bill of costs
2   on May 28, 2021, requesting $16,614.05.  Bill at 1.  This amount
3   represents the costs for scanning, hyperlinking, Bates-stamping,
4   and electronically producing the administrative record, which
5   totaled 19,193 pages.  See Decl. of Jeffery Desalles, ECF No. 93-
6   1.  Plaintiff filed objections to the bill on June 4, 2021.  See
7   Objections.

8                          II.  OPINION

9        A.  Legal Standard

10       Under Federal Rule of Civil Procedure 54(d)(1), "costs—other
11  than attorney's fees—should be allowed to the prevailing party"
12  unless "a federal statute, these rules, or a court order provides
13  otherwise."  Fed. R. Civ. P. 54(d)(1).  This rule creates a
14  presumption that costs will be taxed against the losing party,
15  but "vests in the district court discretion to refuse to award
16  costs" if the losing party shows why costs should not be awarded.
17  Ass'n of Mexican-Am. Educators v. State of California, 231 F.3d
18  572, 591-92 (9th Cir. 2000)(en banc).

19       A court may tax costs listed in 28 U.S.C. § 1920 ("§ 1920"),
20  including at § 1920(4): "[f]ees for exemplification and the costs
21  of making copies of any materials where the copies are
22  necessarily obtained for use in the case."  The "costs of
23  compiling the administrative record [] fall within the scope of
24  § 1920(4)."  Conservation Cong. V. U.S. Forest Serv., No. 2:12-
25  cv-02800-TLN-CKD, 2014 WL 6612088 at *1 (E.D. Cal. Nov. 20,
26  2014).

27       If the court declines to award costs, it must "specify
28  reasons" for denying costs.  Subscription Television, Inc. v.

1  Southern Cal. Theater Owners Ass'n, 576 F.2d 230, 234 (9th Cir.

2  1978).  However, "[a court] need not specify reasons for its

3  decision to abide by the presumption and tax costs to the losing

4  party.  Save Our Valley v. Sound Transit, 335 F.3d 932, 945 (9th

5  Cir. 2003) (citing Ass'n of Mexican-Am. Educators, 231 F.3d at

6  592-93).  The objecting party bears the burden of presenting

7  reasons "sufficiently persuasive to overcome the presumption in

8  favor of an award."  In re Online DVD-Rental Antitrust Litig.,

9  779 F.3d 914, 932 (9th Cir. 2015).

10      B.   Analysis

11      Plaintiff argues that costs should not be taxed for reasons

12  previously given by the Ninth Circuit: "(1) the substantial

13  public importance of the case, (2) the closeness and difficulty

14  of the issues in the case, (3) the chilling effect on future

15  similar actions, (4) the plaintiff's limited financial resources,

16  and (5) the economic disparity between the parties."  Escriba v.

17  Foster Poultry Farms, Inc., 743 F.3d 1236, 1247-48 (9th Cir.

18  2014) (internal citations and quotations omitted).  Plaintiff

19  argues all five reasons are present in this case.  Objection at

20  2.  Defendant disputes every reason.  Reply at 3-4.

21      Reviewing the record, the Court finds that the first and

22  second reasons weigh in favor of the Defendant, because, as this

23  Court previously noted, "the central issues in this case—the

24  Government's review and approval of a timber project and the

25  impact of the project on the Northern Spotted Owl—are not new."

26  Conservation Cong. V. U.S. Forest Serv., No. 2:12-cv-02800-TLN-

27  CKD, 2014 WL 6612088 at *2 (E.D. Cal. Nov. 20, 2014).  The fourth

28  and fifth reasons favor Plaintiff, because it has demonstrated

1  financial hardship and the stark economic disparity between

2  itself, a non-profit, and Defendant, a government entity.  The

3  third reason does not weigh in favor of either party, because it

4  is unclear if taxing costs would chill the Plaintiff from future

5  suits.  Given that neither party clearly prevails when the above

6  five factors are considered by the Court and the presumption in

7  favor of the prevailing party, the Court grants costs for the

8  Defendant.

9      In the event costs are taxed, Plaintiff asked that the Court

10  reduce the amount taxed to $300.00.  Pl's Objection at 8.  The

11  Court declines.  Defendant's costs are facially reasonable

12  compared to costs granted in the Ninth Circuit for compiling the

13  administrative record.  See Pit River Tribe v. Bureau of Land

14  Mgmt., No. 2:04-cv-00956-JAM-JFM, 2013 WL 6185240, at *3 (E.D.

15  Cal. Nov.26, 2013) (awarding $19,851.60); Friends of Tahoe Forest

16  Access v. U.S. Dep't of Agric., No. 12-cv-01876-JAM-CKD, 2014 WL

17  1575622, at *3 (E.D. Cal. Apr.17, 2014) (awarding $14,875.23).

18  As the objecting party, Plaintiff failed to present sufficiently

19  persuasive arguments why costs should be denied or reduced.

20  Accordingly, Plaintiff's objections are overruled.

21                          III.   ORDER

22      For the reasons set forth above, the Court overrules

23  Plaintiff's objections and GRANTS Defendant's costs.  Total costs

24  awarded are $16,614.05.

25      IT IS SO ORDERED.

26  Dated: October 19, 2021

27

28

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE