Andrew G. Ogden (CA Bar # 112384)
Attorney at Law
3827 Silver Plume Circle
Boulder, CO 80305
303-818-9422
E-mail: aogden@indra.com

Sean T. Malone (OR State Bar # 084060) *Pro Hac Vice*
Attorney at Law
259 E. Fifth Ave., Ste. 200-G
Eugene, OR 97401
(303) 859-0403
Email: seanmalone8@hotmail.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS and CITIZENS FOR BETTER FORESTRY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants,<br><br>and<br><br>AMERICAN FOREST RESOURCE COUNCIL,<br><br>Defendant-Intervenor. | CASE NO. 2:13-cv-0934-JAM DB<br><br>PLAINTIFFS' NOTICE OF APPEAL |

Notice is hereby given that Conservation Congress and Citizens for Better Forestry,

Plaintiffs in the above named case, hereby appeals to the United States Court of Appeals for the

Ninth Circuit from the District Court's Order denying Overruling Plaintiff's Objections to Defendant's Bill of Costs and Granting Defendant' Bill of Costs entered in this action on October 20, 2021. ECF No. 106. Judgment was entered in this action on May 17, 2021. ECF No. 92.

Dated: November 12, 2021

/s/ Andrew G. Ogden
Andrew G. Ogden, CA State Bar # 112384
Attorney at Law
3827 Silver Plume Circle
Boulder, CO 80305
(303) 818-9422
aogden@indra.com

/s/ Sean T. Malone
Sean T. Malone, OR State Bar # 084060
Attorney at Law
259 E. 5th Ave., Ste. 200-C
Eugene OR 97401
(303) 859-0403
seanmalone8@hotmail.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to the attorneys of record.

                                        */s/Andrew G. Ogden*
                                        ANDREW G. OGDEN
                                        Attorney at Law

---

*Conservation Cong. et al. v. U. S. Forest Serv. et al.*, Case No. 2:13-cv-0934-JAM DB
Plaintiffs' Notice of Appeal

3