UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**CONSERVATION CONGRESS, ET AL.,**
    Plaintiff

  v.                                  **CASE NO. 2:13−CV−00934−JAM−DB**

**U.S. FOREST SERVICE, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **November 11, 2021** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

November 12, 2021

                              **KEITH HOLLAND**
                              **CLERK OF COURT**

                          **by:** /s/ L. Mena−Sanchez
                              Deputy Clerk